UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
<u>PURSUANT TO FLORIDA WALGREENS SETTLEMENT AGREEMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendant Walgreens Boots Alliance, Inc.[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Walgreens Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Walgreens Defendant (as defined in the footnote below) are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Walgreens Settlement Agreement attached as Appendix B is between the State of Florida, Office of Attorney General on the one hand and Walgreens Boots Alliance, Inc. and Walgreen Co. on the other, but the Walgreens Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only Walgreen Boots Alliance, Inc. and Walgreen Co. but also other affiliated or related entities as defined in the Walgreens Settlement Agreement ("Walgreens Defendants"). Walgreens Settlement Agreement §§A(bb) & A(cc). To the extent the parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

Dated: June 29, 2022                                   Respectfully submitted,

Agreed as to form and substance:

*/s/ Kaspar J. Stoffelmayr*                            */s/ Mark J. Dearman*
Kaspar J. Stoffelmayr                                  Mark J. Dearman (FL Bar No. 982407)
Katherine M. Swift                                     ROBBINS GELLER RUDMAN
BARTLIT BECK LLP                                        & DOWD LLP
54 West Hubbard Street                                 120 East Palmetto Park Road, Suite 500
Chicago, IL 60654                                      Boca Raton, FL 33432
(312) 494-4400                                         (561) 750-3000
kaspar.stoffelmayr@bartlitbeck.com                     (561) 750-3364 (Fax)
kate.swift@bartlitbeck.com                             mdearman@rgrdlaw.com

*Attorneys for Defendants Walgreens*                   *Counsel for City of Pompano Beach (1:19-op-*
*Boots Alliance, Inc., Walgreen Co., and*              *45087-DAP)*
*Walgreen Eastern Co.*                                 *City of Delray Beach (1:18-op-45051-DAP)*


                                                       */s/ Matthew S. Daniel*
                                                       Matthew S. Daniel
                                                       FERRER POIROT & WANSBROUGH
                                                       2603 Oak Lawn Ave., Suite 300
                                                       Dallas, TX 75219
                                                       (214) 521-4412
                                                       (866) 513-0115 (Fax)
                                                       mdaniel@lawyerworks.com

                                                       *Counsel for Lee County (1:19-op-45671-DAP)*


                                                       */s/ Bernice C. Lee*
                                                       Bernice C. Lee (FL Bar No. 0073535)
                                                       KOZYAK TROPIN & THROCKMORTON, LLP
                                                       2525 Ponce de Leon Boulevard, 9th Floor
                                                       Coral Gables, FL 33134
                                                       (305) 372-1800
                                                       (305) 372-3508 (Fax)
                                                       blee@kttlaw.com

                                                       *Counsel for the City of Coral Gables (1:18-op-*
                                                        *45852-DAP)*

*/s/ Peter J. Mougey*
Peter J. Mougey (FL Bar No. 191825)
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
316 South Baylen Street
Pensacola, FL 32502
(850) 435-7000
pmougey@levinlaw.com

*Counsel for Bay County (1:18-op-45455-DAP)*
*City of Bradenton (1:18-op-46331-DAP)*
*City of Miami Gardens (1:18-op-45873-DAP)*
*City of New Port Richey (1:19-op-46073-DAP)*
*City of Niceville (1:21-op-45081-DAP)*
*City of North Miami (1:18-op-45872-DAP)*
*City of Ormond Beach (1:19-op-46121-DAP)*
*City of Panama City (1:18-op-45373-DAP)*
*City of Pensacola (1:18-op-45331-DAP)*
*City of Pinellas Park (1:18-op-45807-DAP)*
*City of St. Petersburg (1:18-op-45701-DAP)*
*City of Tallahassee (1:18-op-46243-DAP)*
*Escambia County (1:18-op-45729-DAP)*
*Leon County (1:18-op-46242-DAP)*
*Miami-Dade County (1:18-op-45552-DAP)*
*Pinellas County (1:18-op-45742-DAP)*
*Santa Rosa County (1:18-op-45861-DAP)*
*Volusia County (1:18-op-45782-DAP)*


*/s/ James D. Young*
James D. Young (FL Bar No. 567507)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
76 S. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 361-0012
(904) 366-7677 (Fax)
jyoung@forthepeople.com

*Counsel for City of Deerfield Beach (1:19-op-45021-DAP)*
*City of Fort Lauderdale (1:18-op-46329-DAP)*
*City of Lauderhill (1:18-op-45120-DAP)*
*City of Orlando (1:20-op-45223-DAP)*

/s/ Shayna E. Sacks
Shayna E. Sacks
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Alachua County (1:18-op-45685-DAP)*
*Levy County (1:18-op-46119-DAP)*
*Okaloosa County (1:19-op-45894-DAP)*
*Osceola County (1:18-op-45669-DAP)*
*Palm Beach County (1:18-op-46121-DAP)*
*Walton County (1:19-op-45423-DAP)*


/s/ Keith Jackson
Keith Jackson
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL  35209
(205) 879-5000
(205) 879-5901(Fax)
www.rileyjacksonlaw.com

*Counsel for the City of Lynn Haven (1:19-op-46006-DAP)*


/s/ Eric Romano
Eric Romano (FL Bar No. 120091)
ROMANO LAW GROUP
801 Spencer Drive
West Palm Beach, FL  33409
(561) 533-6700
(561) 533-1285 (Fax)
eric@romanolawgroup.com

*Counsel for Bradford County (1:19-op-45564-DAP)*
*City of Apopka (1:19-op-45883-DAP)*
*City of Coral Springs (1:19-op-46123-DAP)*
*City of Daytona Beach (1:19-op-45598-DAP)*
*City of Daytona Beach Shores (1:19-op-45587-DAP)*
*City of Deltona (1:19-op-45586-DAP)*

*City of Florida City (1:19-op-45594)*
*City of Ft. Pierce (1:19-op-45595-DAP)*
*City of Homestead (1:19-op-45980-DAP)*
*City of Ocala (1:19-op-45834-DAP)*
*City of Ocoee (1:19-op-45966-DAP)*
*City of Oviedo (1:19-op-45584-DAP)*
*City of Palatka (1:19-op-45984-DAP)*
*City of Port St. Lucie (1:19-op-45596-DAP)*
*City of Sanford (1:19-op-45599-DAP)*
*City of St. Augustine (1:19-op-45592-DAP)*
*City of Sweetwater (1:19-op-45914-DAP)*
*Clay County (1:19-op-45591-DAP)*
*Dixie County (1:19-op-45604-DAP)*
*Gilchrist County (1:19-op-45605-DAP)*
*Hamilton County (1:19-op-45589-DAP)*
*Lake County (1:19-op-45588-DAP)*
*Manatee County (1:19-op-45044-DAP)*
*Marion County (1:19-op-45272-DAP)*
*Orange County (1:19-op-45797-DAP)*
*Putnam County (1:19-op-46122-DAP)*
*Seminole County (1:19-op-45565-DAP)*
*St. Johns County (1:19-op-45563-DAP)*
*St. Lucie County (1:19-op-45656-DAP)*
*Suwannee County (1:19-op-45590-DAP)*
*Taylor County (1:19-op-45597-DAP)*
*Town of Eatonville (1:19-op-46014-DAP)*
*Union County (1:19-op-45603-DAP)*

*/s/ Sara D. Aguiniga*
Sara D. Aguiniga
MOTLEY RICE LLC
401 9th Street, NW, Suite 630
Washington, DC 20004
(202) 232-5504
saguiniga@motleyrice.com

*Counsel for Sarasota County (1:19-op-45339-DAP), City of Clearwater (1:19-op-45009-DAP), and City of Miami (1:18-op-45664-DAP)*

SO ORDERED this 29th day of June, 2022.

/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge